710 A.2d 610

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Raymond S. WITTIG, Respondent.**

**No. 290 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 21, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1998, the Joint Motion to Impose Reciprocal Discipline is granted and, pursuant to Rule 216, Pa.R.D.E., it is hereby

ORDERED that Raymond S. Wittig be and he is suspended from the Bar of this Commonwealth for a period of three years, retroactive to January 22, 1997, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.